# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JULIUS BRYANT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br>v.<br><br>NEXTGEN LEADS LLC<br><br>Defendant. | Case No. 4:24-cv-00272<br><br>**JURY TRIAL DEMANDED** |

## ENTRY OF APPEARANCE

Kindly enter my appearance as attorney for Plaintiff in the above-captioned matter.

RESPECTFULLY SUBMITTED AND DATED this March 26, 2024.

>  */s/ Andrew Roman Perrong*
> Andrew Roman Perrong (N.D. Tex. # 333687PA)
> Perrong Law LLC
> 2657 Mount Carmel Avenue
> Glenside, Pennsylvania 19038
> Phone: 215-225-5529 (CALL-LAW)
> Facsimile: 888-329-0305
> a@perronglaw.com
>
> *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that I filed the foregoing via ECF on the below date, which will automatically send a copy to all attorneys of record on the case.

March 26, 2024

> */s/ Andrew Roman Perrong*