UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS

JULIUS BRYANT, et al. § 
          *Plaintiff* §
§
§
          v. §   Case No. 4:24-CV-00272-O
§
§
NEXTGEN LEADS LLC, §
          *Defendant* §

**APPLICATION FOR ADMISSION *PRO HAC VICE***
(Complete all questions; indicate "N/A" if necessary.)

**I.** Applicant is an attorney and a member of the law firm of (or practices under the name of)

Mac Murray & Shuster LLP                                                              , with offices at

6525 West Campus Oval, Suite 210
(Street Address)

New Albany                                Ohio                    43054
(City)                                    (State)                 (Zip Code)

614-939-9955                              614-939-9954
(Telephone No.)                           (Fax No.)


**II.** Applicant will sign all filings with the name Christopher C. Wager                              .


**III.** Applicant has been retained personally or as a member of the above-named firm by:
(List All Parties Represented)

NextGen Leads LLC




to provide legal representation in connection with the above-styled matter now pending before the United States District Court for the Northern District of Texas.

**IV.** Applicant is a member in good standing of the bar of the highest court of the state of _____Ohio_____, where Applicant regularly practices law.

Bar license number: 084324      Admission date: 11/17/2008

For Court Use Only.
Bar Status Verified:
_____

**Attach to this application an original certificate of good standing issued within the past 90 days from the attorney licensing authority in a state in which you are admitted to practice (e.g., State Bar of Texas).**

**V.** Applicant has also been admitted to practice before the following courts:

| Court: | Admission Date: | Active or Inactive: |
|---|---|---|
| USDC/OHSD | 2/5/2009 | A |
| USDC/OHND | 4/9/2019 | A |
| USDC/ILND | 7/1/2020 | A |
| USDC/MIED | 11/3/2020 | A |

**VI.** Applicant has never involuntarily lost, temporarily or permanently, the right to practice before any court or tribunal, or resigned in lieu of discipline, except as provided below:

N/A

**VII.** Applicant has never been subject to grievance proceedings or involuntary removal proceedings—regardless of outcome—while a member of the bar of any state or federal court or tribunal that requires admission to practice, except as provided below:

N/A

**VIII.** Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

N/A

IX.   Applicant has filed for *pro hac vice* admission in the United States District Court for the Northern District of Texas during the past three (3) years in the following matters:

Date of Application:     Case No. And Style:

 N/A

(If necessary, attach statement of additional applications.)

X.   Local counsel of record associated with Applicant in this matter is

 Frank C. Brame                                                                                          , who has offices at

 4514 Cole Avenue, Suite 600
(Street Address)

 Dallas                                             TX                  75205
(City)                                              (State)             (Zip Code)

 214-665-9464                                       n/a
(Telephone No.)                                     (Facsimile No.)

XI.   Check the appropriate box below.

For Application in a **Civil Case**

☑ Applicant has read *Dondi Properties Corp. v. Commerce Savs. & Loan Ass'n*, 121 F.R.D.284 (N.D. Tex. 1988) (en banc), and the local civil rules of this court and will comply with the standards of practice adopted in *Dondi* and with the local civil rules.

For Application in a **Criminal Case**

☐ Applicant has read and will comply with the local criminal rules of this court.

XII.   Applicant respectfully requests to be admitted to practice in the United States District Court for the Northern District of Texas for this cause only.  Applicant certifies that a true and correct copy of this document has been served upon each attorney of record and the original upon the clerk of court, accompanied by a $100 filing fee, on this the   28th   day of May                              , 2024       .

 Christopher C. Wager
Printed Name of Applicant


Signature

If the applicant files this document through the applicant's electronic-filing account, the applicant's typed name on the signature block constitutes the applicant's signature.  If the applicant does not file this document through the applicant's electronic-filing account, the applicant must sign on the signature line.



# THE SUPREME COURT of OHIO

## CERTIFICATE OF GOOD STANDING

    I, MICHEL JENDRETZKY, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Christopher Charles Wager**
Attorney Registration No. **0084324**

was admitted to the practice of law in Ohio on November 17, 2008; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 20th day of May, 2024.

MICHEL JENDRETZKY
*Director, Attorney Services Division*

*Jennifer Smith*
Jennifer Smith, *Administrative Assistant*
*Office of Attorney Services*

No. 2024-05-20-1
Verify by email at GoodStandingRequests@sc.ohio.gov