UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS BRYANT, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

NEXTGEN LEADS LLC,

    Defendant.

_____

CASE NO.: 4:24-cv-00272-O

JUDGE REED O'CONNOR

## **CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.4, NextGen Leads LLC ("NextGen") files this Certificate of Interested Persons and states as follows:

1. NextGen, a Delaware limited liability company, does not have a parent corporation and there is no publicly held entity that owns 10% or more of NextGen's stock.

2. The following persons are financially interested in the outcome of this case:

> Plaintiff Julius Bryant
> Defendant NextGen Leads LLC
> Anthony Paronich and Paronich Law, P.C.
> Andrew Perrong and Perrong Law LLC
> Frank C. Brame and The Brame Law Firm PLLC
> Christopher C. Wager and MacMurray & Schuster LLP

Respectfully submitted,

*/s/Frank C. Brame*
Frank C. Brame
State Bar No. 24031874
The Brame Law Firm PLLC
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone: (214) 665-9464
frank@bramelawfirm.com

Christopher C. Wager (*pro hac vice* application pending)
Mac Murray & Shuster LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Fax: (614) 939-9954
cwager@mslawgroup.com

ATTORNEYS FOR NEXTGEN LEADS, LLC

## CERTIFICATE OF SERVICE

I certify that on May 28, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Northern District of Texas.

*/s/ Frank Brame*
Counsel for Defendant