UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| JULIUS HUDSON-BRYANT, | § |
| | § |
|   Plaintiff, | § |
| | § |
| v. | §   Civil Action No. 4:24-cv-00272-O |
| | § |
| NEXTGEN LEADS LLC, | § |
| | § |
|   Defendant. | § |

## ORDER

Before the Court is Defendant's Motion to Compel Arbitration (ECF No. 10), filed on May 28, 2024. The Court hereby **REFERS** the Motion to United States Magistrate Judge Hal R. Ray, Jr. *See* 28 U.S.C. § 636(b)(1). Further pleadings concerning the motion shall be filed with a transmittal letter addressed to Magistrate Judge Ray.

**SO ORDERED** this **5th day** of **June, 2024**.

Reed O'Connor
UNITED STATES DISTRICT JUDGE