IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| **JULIUS HUDSON-BRYANT,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00272-O |
| | § | |
| **NEXTGEN LEADS LLC,** | § | |
| | § | |
| **Defendant.** | § | |

# ORDER

Before the Court is Defendant's Motion to Compel Arbitration (ECF No. 10), filed on May 28, 2024. United States District Judge Reed C. O'Connor referred the Motion to the undersigned on June 5, 2024. ECF No. 15. The Motion does not comply with the Court's Local Civil Rules, which require, among other things, a certificate of conference stating whether the motion is opposed or unopposed by Defendants. *See* L. Civ. R. 7.1(b). Accordingly, the Motion is not properly before the Court.

It is therefore **ORDERED** that Defendant shall file a supplement to the Motion with the required certificate of conference on or before **June 12, 2024.** The supplement must state whether the Motion is opposed or unopposed. Failure to comply with this Order may result in denial of the Motion.

It is so **ORDERED** on June 5, 2024.

_____
Hal R. Ray, Jr.
UNITED STATES MAGISTRATE JUDGE