

Frank C. Brame
The Brame Law Firm PLLC
4514 Cole Ave., Suite 600
Dallas, Texas 75205
frank@bramelawfirm.com
214.665.9464 (ph.)

June 6, 2024

Judge Hal R. Ray, Jr.
501 West 10th St., Room 202A
Fort Worth, TX 76102

Re: *Bryant v. NextGen Leads, LLC*, No. 4:24-cv-00272, In the United States District Court for the Northern District of Texas

Dear Judge Ray:

    Enclosed is Defendant's Certificate of Conference on Motion to Compel Arbitration [Dkt No. 10] in the above referenced matter. Because this motion has been referred to your honor, this pleading is directed to the Court's attention. Thank you.

Sincerely,

Frank C. Brame, Counsel for Defendant

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

JULIUS BRYANT, individually and on behalf of a class of all persons and entities similarly situated,

    Plaintiff,

v.

NEXTGEN LEADS LLC,

    Defendant.

CASE NO.: 4:24-cv-00272-O

JUDGE REED O'CONNOR

## **CERTIFICATE OF CONFERENCE ON MOTION TO COMPEL ARBITRATION [Dkt. No. 10]**

On May 28, 2024, Defendant NextGen Leads LLC filed its Motion to Compel Arbitration and Brief in Support [Dkt. No. 10]. In accordance with the Court's order dated June 5, 2024 [Dkt. No. 16] Defendant supplements its motion as follows:

### CERTIFICATE OF CONFERENCE

On May 30, 2024, I personally conferred with counsel for Plaintiff regarding the Motion to Compel Arbitration and counsel stated that Plaintiff is opposed to the relief sought in the Motion.

                                                  */s Chris Wager*
                                                  Counsel for Defendant

Respectfully submitted,

*/s/Frank C. Brame*
Frank C. Brame
State Bar No. 24031874
The Brame Law Firm PLLC
4514 Cole Ave., Suite 600
Dallas, Texas 75205
Telephone: (214) 665-9464
frank@bramelawfirm.com

Christopher C. Wager (*pro hac vice*)
Mac Murray & Shuster LLP
6525 W. Campus Oval, Suite 210
New Albany, Ohio 43054
Telephone: (614) 939-9955
Fax: (614) 939-9954
cwager@mslawgroup.com

ATTORNEYS FOR NEXT GEN LEADS, LLC

## CERTIFICATE OF SERVICE

I certify that on June 6, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States District Court for the Northern District of Texas.

*/s/ Frank Brame*
Counsel for Defendant