# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS

| | |
|---|---|
| JULIUS BRYANT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br>　v.<br><br>NEXTGEN LEADS LLC<br><br>　　　　　　　Defendant. | Case No. 4:24-cv-00272 |

## NOTICE OF SETTLEMENT

　　The plaintiff files this notice to advise the Court that the parties have tentatively reached a settlement in this matter and hope to file a notice of dismissal within 30 days.

Dated: June 25, 2024　　　　　　　　　*/s/ Anthony I. Paronich*
　　　　　　　　　　　　　　　　　　　Anthony I. Paronich
　　　　　　　　　　　　　　　　　　　PARONICH LAW, P.C.
　　　　　　　　　　　　　　　　　　　350 Lincoln Street, Suite 2400
　　　　　　　　　　　　　　　　　　　Hingham, MA 02043
　　　　　　　　　　　　　　　　　　　Tel: (617) 485-0018
　　　　　　　　　　　　　　　　　　　Fax: (508) 318-8100
　　　　　　　　　　　　　　　　　　　anthony@paronichlaw.com

　　　　　　　　　　　　　　　　　　　*Counsel for Plaintiff*