IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| JULIUS HUDSON-BRYANT, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:24-cv-00272-O |
| | § | |
| NEXTGEN LEADS LLC, | § | |
| | § | |
| Defendant. | § | |

## ORDER

Before the Court is the Notice of Settlement (ECF No. 10), filed on June 25, 2024 by Plaintiff. The notice informs the Court that the parties settled their dispute and seeks thirty days to submit dismissal papers. Accordingly, the parties are **ORDERED** to file the appropriate settlement papers—a voluntary notice of dismissal under Federal Rule 41(a)(1)(A)(i), a joint stipulation of dismissal signed by all parties under Federal Rule 41(a)(1)(A)(ii), or an agreed motion with a corresponding proposed order under Federal Rule 41(a)(2)—**no later than July 25, 2024**. All existing deadlines, including the upcoming deadlines for the joint scheduling report and the reply in support of the motion to dismiss, are hereby **STAYED** pending the filing of appropriate settlement papers by the parties. If the parties do not file the appropriate settlement papers by the assigned date, or if further proceedings become necessary, the parties should immediately file a joint status report with the Court.

**SO ORDERED** this **25th** day of **June, 2024**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE